A. H. GILDERSLEEVE, Respondent, v. SAMUEL GINSBURG and Others, Appellants.— Motion for reargument of motion to dismiss appeal granted, and, upon such reargument, motion to dismiss appeal denied on condition that, within five days from the date of entry of the order herein, appellants pay to respondent ten dollars costs, and that the appeal be perfected and brought on for argument at the December term. In default of compliance with these conditions, the motion for reargument is denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

INTERNATIONAL MILK CO., INC., Respondent, v. ISAAC COHEN and Others, Copartners, etc., Appellants.— Motion for stay of entry of judgment granted on condition that within five days from the date of entry of the order herein appellants file an undertaking, with corporate surety, in the sum of $2,000, conditioned for the payment of the judgment in case the order is affirmed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF NEW YORK, etc., Relative to Acquiring Title to Lands, etc., on Upper New York Bay, between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, in the Borough of Richmond, etc.— The appeal in this case having been argued, the motion for extension of time for argument of appeal is dismissed, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Application of GREATER NEW YORK DEVELOPMENT COMPANY and Another, for Payment of Portions of Award Made for Parcel Designated as Lot 45 in Block 4769 (Avenue D School Site), Borough of Brooklyn.— Motion to appoint referee granted. Order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of GREATER NEW YORK DEVELOPMENT COMPANY and Others, for Payment of Portions of Award Made for Parcel Designated as Lot 53 in Block 4769 (Avenue D School Site), Borough of Brooklyn.— Motion to appoint referee granted. Order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RAIMONDO MALULO, Respondent, v. RESOLVED CORPORATION, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARY M. LEDWITH, Appellant, v. OTTO A. ROSALSKY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

ELIAS MARSHAK, Respondent, v. MICHAEL MICHAELOWITZ, Appellant.— Motion to resettle order granted. Submit order. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROSE M. PALMER and Others, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motions to dismiss appeals denied. Present — Kelly, P. J., Jaycox, Manning and Young, JJ.; Kapper, J., takes no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS MALKIN and Others, Appellants.— Motion for reargument of motion to extend time in which to argue appeal granted, and, on such reargument, appellants' time to argue said appeal is extended upon condition that the case on appeal, and appellants' points, be filed and served, as required by the rule, on or before Saturday October 23, 1926, for the November term of this court; and the appeal is set for